# IN THE UNITED STATS DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATS LLC D/B/A STATS PERFORM,<br><br>    Plaintiff,<br><br>    v.<br><br>HELEN SUN,<br><br>    Defendant. | **Case No. 20-cv-03717**<br><br>**Honorable Robert M. Dow, Jr.** |

## NOTICE OF EMERGENY MOTION

TO:   Helen Sun
        1528 North Thyre Drive
        Genoa, Ohio 43430

**PLEASE TAKE NOTICE** that on Tuesday, June 30, 2020 at 10:30 a.m., a telephonic hearing will be held before the Honorable Robert M. Dow, Jr. by calling the Court's call-in number at 877-336-1829, conference access code 6963747 and then and there present **Plaintiff's Emergency Motion for Temporary Restraining Order**, a copy of which has been served upon you.

| | |
|---|---|
| Dated: June 29, 2020 | Respectfully submitted,<br><br>STATS LLC<br><br>*/s/ Jennifer Schilling*<br>Jennifer Schilling<br>LITTLER MENDELSON, P.C.<br>321 N. Clark Street, Suite 1000<br>Chicago, IL 60654<br>Tel: 312.372.5520<br>Fax: 312.372.7880<br>Jschilling@littler.com<br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I, Jennifer Schilling, an attorney, certify that I served a copy of Plaintiff's Notice of Emergency Motion on the party below via email and messenger on June 29, 2020 to:

**Helen Sun**
**1528 North Thyre Drive**
**Genoa, Ohio 43430**

**Helen Sun**
**1435 North Elk Grove Ave**
**Chicago, IL 60622**

*dr_helensun@hotmail.com*


        *s/ Jennifer Schilling*
        Jennifer Schilling

4829-3960-1857.1 107637.1001